JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BFS BRANDS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>FIRESTONE AUTOMOTIVE REPAIR,<br><br>                    Defendant. | Case No.  CV-09-509-CAS (AGRx)<br><br>**FINAL JUDGMENT**<br>**AND PERMANENT INJUNCTION** |

      By and with the consent of Plaintiff and Defendant, the Court enters the following final judgment and permanent injunction:

      1.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b).  Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims because those claims form part of the same case or controversy as Plaintiff's federal Lanham Act claims.  This court has personal jurisdiction over the parties, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c).

2.      Good cause exists for the entry of this Final Judgment and Permanent Injunction against Defendant.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

A.      Defendant, its related companies, officers, directors, employees, agents, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from using or attempting to register, directly or indirectly, any name, trademark, service mark, trade name, company name, fictitious name, slogan, tagline, domain name, URL, e-mail address, or other identifier comprised of or containing the term FIRESTONE or any misspelling or variation thereof, as proposed in the attached settlement agreement.

B.      Defendant will have ten (10) business days from the date of the full execution of the settlement agreement between the parties to dispose or destroy of all materials covered by this injunction. Defendant may keep non-public materials, such as business records, for non-public historical, archival, and business-reporting purposes.

C.      The settlement agreement entered into between the parties, which is attached as Exhibit A, shall be incorporated in and made part of this Judgment.

D.      This Court retains jurisdiction over any disputes between the parties with respect to the enforcement and/or interpretation of this Judgment and/or the attached settlement agreement.

**IT IS SO ORDERED** on this 6th day of May, 2009.

*Christina A. Snyder* (signature)
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

## **STIPULATION**

The undersigned represent that they have the authority to stipulate to the entry of the foregoing Final Judgment and Permanent Injunction, and it is so stipulated.

By Counsel for Plaintiff:

    /S/                                                   Date:  April 7, 2009
Arnold D. Larson (SBN 77118)
LARSON, GARRICK & LIGHTFOOT, L.L.P.
633 West Fifth Street
Suite 1750
Los Angeles, CA 90071
Telephone:	(213) 404-4100
Facsimile:	(213) 404-4123

Douglas A. Rettew
Danny M. Awdeh
FINNEGAN, HENDERSON,
FARABOW,GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:	(202) 408-4000
Facsimile:	(202) 408-4400

Counsel for Plaintiff
BFS Brands, LLC


By Counsel for Defendant:

    /S/                                                   Date:  April 7, 2009
Justin Strassburg, Esq.
Strassburg, Gilmore & Wei, LLP
600 S Lake Ave Ste 305
Pasadena, CA 91106
Telephone:	(626)683-9933
Facsimile:	(626) 683-9944